COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:     01-12-00708-CV

Style:     William Bush and Mari Marc S.A. de C.V

     **v**  Cardtronics, Inc. and Cardtronics S.A. de C.V.

Date motion filed[*]:     January 13, 2013

Type of motion:     Extension of time to notify Court of counsel hired

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated? ☐ Yes     ☒ No

If motion to extend time:
     Original due date:     January 4, 2013
     Number of previous extensions granted:     0
     Date Requested:

Ordered that motion is:

     ☒   Granted

          If document is to be filed, document due:  February 18, 2013

          ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐   Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐   Other: _____

Judge's signature:    /s/ Laura C. Higley
                    ☒ Acting individually     ☐ Acting for the Court

Panel consists of  _____

Date:  January 22, 2013